UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL BRAY,

    Plaintiff,

v.

PLANNED PARENTHOOD
COLUMBIA WILLIAMETTE, INC., et al.,

    Defendant.

Case No. 2:10-cv-54
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

On December 7, 2011, the parties indicated to the Court that this case settled. On March 19, 2012, the parties informed the Court that they can submit their stipulated dismissal in approximately one month. Thus, the parties shall submit their stipulated dismissal by April 30, 2012. If the parties are unable to meet this deadline, they shall contact the Court to schedule a status conference.

**IT IS SO ORDERED.**

3-19-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE