UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL BRAY,

    Plaintiff,

v.

PLANNED PARENTHOOD
COLUMBIA WILLIAMETTE, INC., et al.,

    Defendant.

Case No. 2:10-cv-54
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The parties have indicated to the Court that they are close to finalizing their settlement in this action. Thus, the Court **VACATES** its previous order requiring the parties to file their stipulated dismissal by April 30, 2012 (Doc. No. 60) and shall permit the parties to file their stipulated dismissal on or before June 7, 2012. If the stipulation is not filed by that date, the parties shall appear at a status conference on June 11, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

5-1-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE