UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL BRAY,

    Plaintiff,

v.

    Case No. 2:10-cv-54
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

PLANNED PARENTHOOD
COLUMBIA WILLIAMETTE, INC., et al.,

    Defendant.

### ORDER

The parties have indicated to the Court that they are close to finalizing their settlement in this action but have been unable to do so because certain parties have been out of the country and have just recently returned. Thus, the Court **VACATES** its previous order requiring the parties to file their stipulated dismissal by June 7, 2012 or appear at a status conference on June 11, 2012 (Doc. No. 61) and shall permit the parties to file their stipulated dismissal on or before June 25, 2012. If the stipulation is not filed by that date, the parties shall appear at a status conference on June 26, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

6-8-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE