UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL BRAY,

    Plaintiff,

v.

PLANNED PARENTHOOD
COLUMBIA WILLIAMETTE, INC., et al.,

    Defendant.

Case No. 2:10-cv-54
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The parties have informed the Court that they have reached a settlement in this action. The settlement cannot be finalized until approval from the probate court, which is expected by the end of October 2012. Thus, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' Motion to Dismiss (Doc. No. 50), Plaintiff's Motion to File Amended Complaint (Doc. No 51), and Defendants' Motion for Extension of Time (Doc. No. 52). The parties shall notify the Court of the status of the probate action on or before November 5, 2012.

**IT IS SO ORDERED.**

8-27-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE