UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL BRAY,

        Plaintiff,

v.

PLANNED PARENTHOOD
COLUMBIA WILLIAMETTE, INC., et al.,

        Defendant.

Case No. 2:10-cv-54
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This mater is before the Court on Plaintiffs' Amended Motion for Dismissal with Prejudice of all Claims Against Defendants Planned Parenthood of Columbia Willamette ("PPCW") and Squire Sanders & Dempsey, L.L.P. ("SSD") and Request for Entry of Final Judgment. (Doc. No. 66.) In that motion, Plaintiffs request that this Court dismiss with prejudice their claims against PPCW and SSD, which have been settled, and to enter final judgment as to all remaining claims because they intend to appeal this Court's grant of the motion to dismiss filed by Defendants Joel Kimmet, Chris Riley and the United States.[1] Plaintiffs' motion is well taken.

The Court hereby **GRANTS** Plaintiffs' Motion (Doc. No. 66) and **DISMISSES WITH PREJUDICE** all claims against PPCW and SSD and **ENTERS FINAL JUDGMENT** in accordance with this Court's Opinion and Order granting the motion to dismiss filed by

---

[1] Plaintiffs indicate that they intend to appeal the decision as it relates to Defendant Micah Stevenson. However, as the Court noted in its decision on these defendants' motion to dismiss, Stevenson was not served with process. (Doc. No. 42 at 3, n. 1.)

Defendants Kimmet, Riley and the United States. *See* Fed. R. Civ. P. 41; Fed. R. Civ. P. 54.

**IT IS SO ORDERED.**

11-5-2012
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**