AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MICHAEL BRAY,**

        **Plaintiff,**

**vs.**

**PLANNED PARENTHOOD**
**COLUMBIA WILLIAMETTE, INC., et al.,**

        **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-10-54**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order dated November 5, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 5, 2012                      JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk