AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHAEL BRAY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**PLANNED PARENTHOOD**
**COLUMBIA WILLIAMETTE, INC., et al.,**

**CASE NO. C2-10-54**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order dated November 5, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 5, 2012                          JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk